.Rufus YOUNG, Appellant,

v.

STATE of Missouri, Respondent.

No. 68821.

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt V. Schaefer, Asst. Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).

CHRYSLER CREDIT CORPORATION,
Plaintiff/Respondent,

v.

Peggy M. ST. CIN, Defendant/Appellant.

No. 68603.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 18, 1996.

F. Patrick Davis, William Z. Shobet, Finch, Bradshaw, Strom & Steele, Cape Girardeau, for appellant.

Nelson L. Mitten, Riezman & Blitz, Clayton, for respondent.

Before CRANE, C.J., AHRENS, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment awarding plaintiff creditor possession of a vehicle and $4,080.00 for damages and costs. We affirm.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).